# Exhibit G



# Norvell IP llc
Intellectual Property Law

J. Ryan Hinshaw
Direct: (773) 729-2247
rhinshaw@NorvellIP.com

**CONFIDENTIAL; FOR SETTLEMENT PURPOSES ONLY
SUBJECT TO FRE 408**

December 19, 2017

Via Email (lfpartners@att.net; lbarclay@worldnet.att.net)
*Confirmation Copy via First Class U.S. Mail*

LF Partners, LLC
Mr. Frenchie Benjamin
86 Longfellow Avenue
Newark, NJ 07106

**RE:    Virgin Capital Partners, LLC and
         <virgincapitalpartners.com>**

Dear Mr. Benjamin:

This follows on correspondence we sent you on June 13, 2017 and August 25, 2017 on behalf of Virgin Enterprises Ltd. ("VEL"). VEL appreciates that you shut down the website at www.virgincapitalpartners.net last summer and that you allowed your registration for the corresponding domain name to expire. However, our client was alarmed to discover recently that you have re-published the same website at www.virgincapitalpartners.com. Your renewed use of VIRGIN in connection with financial services constitutes willful and blatant infringement, and it must stop immediately.

As described in our prior letters, your use of VIRGIN in your business name dilutes the famous VIRGIN brand and will lead consumers to believe that your company and its services are affiliated with, endorsed by, or otherwise associated with the Virgin Group, when they are not. Your use of the VIRGIN mark also dilutes VEL's famous VIRGIN mark by reducing its distinctiveness in the marketplace.

In light of our prior letters and your actions in response, it is undisputed that you have clear knowledge of VEL's prior rights. Therefore, your renewed use of the VIRGIN mark constitutes willful trademark infringement under the Lanham Act

(15 U.S.C. § 1114(1)), federal trademark dilution (15 U.S.C. § 1125(c)), and also violates unfair competition and deceptive trade practice laws in New Jersey and other states. Due to your willful use of the identical VIRGIN mark, your conduct also constitutes trademark counterfeiting under 15 U.S.C. § 1116(d), which provides for recovery of treble damages and attorneys' fees. Further, your continued registration of the VIRGIN mark in the domain name <virgincapitalpartners.com> also violates the Terms of Service of Whoisguard, Inc. and Namecheap Inc.

Finally, the registration and use of the infringing domain name <virgincapitalpartners.com> violates the United States Anticybersquatting Consumer Protection Act ("ACPA," 15 U.S.C. § 1125(d)). The ACPA gives trademark owners a civil remedy against parties who register or use domain names with bad faith intent, including the award of statutory damages of up to $100,000 per domain name. The registration and use of this domain name also is actionable under the Internet Corporation for Assigned Names and Numbers' ("ICANN") Uniform Domain Name Dispute Resolution Policy ("UDRP").

While VEL views any violation of its intellectual property rights very seriously and is prepared to take all action necessary to protect its rights, VEL is also willing to resolve this matter without court action. To that end, VEL requests that you take the following steps:

(1) Immediately cease all use of the VIRGIN mark including but not limited to use at the website at [www.virgincapitalpartners.com](www.virgincapitalpartners.com);

(2) Terminate all social media accounts that include the VIRGIN mark;

(3) Immediately identify Virgin Capital Partners' customers using the services offered at the infringing domain name <virgincapitalpartners.com>, and provide their names, addresses, phone numbers, and email addresses;

(4) Immediately disclose all domain names in addition to <virgincapitalpartners.com> owned or controlled by you that incorporate, in whole or in part, the VIRGIN mark, or any other trademark owned by VEL ("Domain Names");

(5) Transfer ownership of the Domain Names to VEL:

(6) Identify all revenues earned in connection with the infringing use of the VIRGIN mark as payment to VEL for damages suffered;

  (7) Identify all other companies affiliated with Virgin Capital Partners that use the VIRGIN mark or any other trademark owned by VEL; and

  (8) Reimburse VEL for its fees and costs incurred in pursuing this matter, including its attorneys' fees and costs.

Given the seriousness of these issues, please respond to this letter in writing by December 27, 2017, acknowledging your agreement to take the above actions. More importantly, please <u>immediately</u>, upon receipt of this letter, deactivate the website at [www.virgincapitalpartners.com.](http://www.virgincapitalpartners.com)

VEL expressly reserves all of its rights and remedies with respect to your infringement. This letter is also protected by copyright, and any posting of this letter on social media sites or otherwise may result in further action.

        Sincerely,

        *J. Ryan Hinshaw*

        J. Ryan Hinshaw

cc: Virgin Enterprises Limited
   Joseph V. Norvell, Esq.
   Joseph T. Kucala, Jr., Esq.
   Tom M. Monagan, Esq.